# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GEORGE WASHINGTON PARKER, JR.
Reg. #10635-017                                           PETITIONER

v.                           No. 2:18-cv-56-DPM

GENE BEASLEY, Warden; and
DOES, 1–10                                                RESPONDENTS

## ORDER

On *de novo* review, the Court adopts the recommendation as modified, № 3, and overrules Parker's objections, № 4. FED. R. CIV. P. 72(b)(3). Parker can't get the relief he seeks without changes to his underlying conviction or sentence; and procedural barriers aren't enough to show that § 2255 is inadequate or ineffective. *United States v. Lurie*, 207 F.3d 1075, 1077 (8th Cir. 2000). Parker's § 2241 petition will therefore be dismissed. The modification: because the dismissal is for lack of jurisdiction, it will be without prejudice. Parker's motion to proceed *in forma pauperis*, № 1, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 May 2018