IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GEORGE WASHINGTON PARKER, JR.
Reg. #10635-017                                                    PETITIONER

v.                         No. 2:18-cv-56-DPM

GENE BEASLEY, Warden; and
DOES, 1-10                                                         RESPONDENTS

## JUDGMENT

Parker's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 May 2018