IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GEORGE WASHINGTON PARKER, JR.
Reg. #10635-017                                              PETITIONER

v.                       No. 2:18-cv-56-DPM

GENE BEASLEY, Warden; and
DOES, 1-10                                                   RESPONDENTS

## ORDER

Parker moves for reconsideration. The Court has re-read all the papers in the case. And the Court stands by its original ruling: it has no subject matter jurisdiction to reach the merits of Parker's petition. № 3, 5 & 6. The Court understands Parker's disagreement with that decision, and he is free, of course, to appeal it, so that the soundness of this Court's reasoning can be tested by others. A mistake is always possible because judges are human beings. Every person is equal in the law's eyes. Parker's race had nothing to do with this Court's decision. Motion, № 7, denied.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

4 June 2018