# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**GEORGE WASHINGTON PARKER, JR.**
Reg. #10635-017                                                                 PETITIONER

v.                        No. 2:18-cv-56-DPM

**GENE BEASLEY, Warden;**
**and DOES, 1–10**                                                              RESPONDENTS

## ORDER

Motion for status update, № 15, granted. Parker's appeal—including his *in forma pauperis* motion—is pending before the United States Court of Appeals for the Eighth Circuit. № 11 & № 12. While his appeal is pending, Parker should file any future papers with that Court.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 September 2018